# United States District Court
## Southern District of Georgia

JAMES F. HUMPHREY,

Petitioner,

v.

VANCE LAUGHLIN; and TIMOTHY C. WARD,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-117

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 4, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation dismissing the 28 U.S.C. § 2254 Petition; judgment is hereby entered granting Respondents' Motion to Dismiss and denying Petitioner's in forma pauperis status on appeal. The case stands closed.

Approved by: _____

February 5, 2020
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*